## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JASON MATOS,<br>　　　Plaintiff<br><br>v.<br><br>DORMAN'S AUTO CENTER, INC.,<br>　　　Defendant | :<br>:<br>:<br>:　　C.A. No.: 17-cv-155-S-LDA<br>:<br>:<br>: |

### NOTICE OF DISMISSAL

Now comes the Plaintiff in the above-cited matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and does hereby dismiss any and all claims alleged or which could have been alleged against Defendant Dorman's Auto Center, Inc. in the above-cited matter with prejudice, no interest, no fees, no costs.

　　　　　　　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　By his attorneys,
　　　　　　　　　　　　　　　　　Formisano & Company, P.C.

Dated: July 5, 2017　　　　　　　/s/ Michael D. Pushee
　　　　　　　　　　　　　　　　　V. Edward Formisano (#5512)
　　　　　　　　　　　　　　　　　Michael D. Pushee (#6948)
　　　　　　　　　　　　　　　　　100 Midway Place, Suite 1
　　　　　　　　　　　　　　　　　Cranston, RI 02920-5707
　　　　　　　　　　　　　　　　　(401) 944-9691
　　　　　　　　　　　　　　　　　(401) 944-9695 (facsimile)

### CERTIFICATION

I hereby certify that, on this 5th day of July, 2016, the within document was electronically filed and served through the Rhode Island Judiciary's Electronic Filing System and is available for viewing and/or downloading from the electronic filing system.

　　　　　　　　　　　　　　　　　/s/ Michael D. Pushee